7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Bryan Cadmus Keathley
*Debtor*

*Bankruptcy Case No.*
13–30706–can7

**Norman Rouse**
   Plaintiff(s)

*Adversary Case No.*
14–03020–can

v.

**Maribel Keathley**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: that the Trustee, Norman E. Rouse may sell the real estate as set forth in Exhibit A pursuant to 11 U.S.C. § 363(h) and upon the sale of said real estate, pay half of the net proceeds to the Defendant, Maribel Keathley, after payment of costs, expenses, fees and judgment liens as allowed by law.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 1/16/15

Court to serve